UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.  09-20010-CIV-LENARD/GARBER

KATHERINE STEVENSON and
JULIO MORENO,

    Plaintiffs,

v.

WELLS FARGO BANK, N.A.

    Defendant.
_____/

### DEFENDANT WELLS FARGO BANK, N.A.'S NOTICE OF WITHDRAWAL OF ITS MOTION FOR SANCTIONS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 11 WITH PREJUDICE

Defendant Wells Fargo Bank, N.A. hereby gives notice of withdrawing its Motion for Sanctions Pursuant to Federal Rule of Civil Procedure 11 (D.E. 33) with prejudice.

                                      CARLTON FIELDS, P.A.
                                      525 Okeechobee Boulevard, Suite 1200
                                      West Palm Beach, FL  33401-6149
                                      mwinston@carltonfields.com
                                      Telephone:  (561) 659-7070
                                      Facsimile:       (561) 659-7368

                                      By:    /s/ Michael K. Winston
                                              Michael K. Winston
                                              Florida Bar No. 051403

                                      *Attorneys for Wells Fargo Bank, N.A.*

15627470.1

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of September, 2009, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on counsel of record identified below via transmission of Notices of Electronic Filing generated by CM/ECF:

Ray Garcia, Esq.
Florida Bar No. 0115850
The Law Office of Ray Garcia, P.A.
1688 Meridian Avenue, Suite 902
Miami Beach, Florida 33139
Telephone:  305-672-5007
Facsimile:   305-672-0470
E-mail: raygarcialaw@yahoo.com

                                                CARLTON FIELDS, P.A.
                                                525 Okeechobee Boulevard, Suite 1200
                                                West Palm Beach, FL  33401-6149
                                                mwinston@carltonfields.com
                                                Telephone:  (561) 659-7070
                                                Facsimile:        (561) 659-7368

                                                By:     /s/ Michael K. Winston
                                                        Michael K. Winston
                                                        Florida Bar No. 051403